UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LINDA SAFAR and YOUNAN SAFAR,<br><br>        Plaintiffs,<br><br>   v.<br><br>ALLSTATE INSURANCE COMPANY and DOES 1 through 100, inclusive,<br><br>        Defendant. | Case No. 2:18-cv-04031-JAK (BFMx)<br><br>**JUDGMENT AFTER TRIAL BY JURY**<br><br>JS-6 |

Following a jury trial, on April 26, 2024, a verdict was entered in favor of Defendant as to all claims. Therefore, IT IS HEREBY ORDERED, DECREED AND ADJUDGED that judgment is entered in favor of Defendant, ALLSTATE INSURANCE COMPANY and against Plaintiffs LINDA SAFAR AND YOUNAN SAFAR, that the Plaintiffs take nothing, and that the Defendant, ALLSTATE INSURANCE COMPANY, as the prevailing party, may file an application with the Clerk to recover its costs.

Dated: September 24, 2024

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE